**WILDE & ASSOCIATES**  Electronically Filed on _____
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107

Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | BK- 09-27431-BAM |
|---|---|
| Gonzaolo Gonzalez and Nicodemo Gonzalez, | Chapter 13 |
| Debtor. | |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

1.  This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the party listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

2.  The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

///

1 | Wells Fargo Bank, N.A.
2 | One Home Campus
  | MACX2302-04c
3 | Louisville, KY 40232-5140

4

5
  | DATED: 10/5/09
6

7

8
                                            WILDE & ASSOCIATES
9                                           /s/ Gregory L. Wilde

10                                      By_____
                                            Gregory L. Wilde, Esq.
11                                          Nevada Bar No. 004417
                                            208 South Jones Boulevard
12                                          Las Vegas, Nevada 89107

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | | |
|---|---|---|
| 1 | **WILDE & ASSOCIATES** | Electronically Filed on _____ |
| 2 | Gregory L. Wilde, Esq. | |
|   | Nevada Bar No. 004417 | |
| 3 | 208 South Jones Boulevard | |
|   | Las Vegas, Nevada 89107 | |
| 4 | | |
|   | Telephone: 702 258-8200 | |
| 5 | bk@wildelaw.com | |
| 6 | Fax: 702 258-8787 | |
|   | and | |
| 7 | MARK S. BOSCO, ESQ. | |
|   | Arizona Bar No. 010167 | |
| 8 | TIFFANY & BOSCO, P.A. | |
|   | 2525 East Camelback Road, Suite 300 | |
| 9 | Phoenix, Arizona 85016 | |
| 10 | Telephone: (602) 255-6000 | |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | BK- 09-27431-BAM |
|---|---|
| Gonzaolo Gonzalez and Nicodemo Gonzalez, | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF SERVICE

1. On October 5 2009, I served the following documents(s) *(specify)*:

   Request for Special Notice

   I served the above-named document(s) by the following means to the persons as listed below:

   *(Check all that apply)*

   ■ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   Rick A. Yarnall
   ecfmail@lasvegas13.com
   Chapter 13 Trustee

■ **b. United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

**Debtor**
Gonzaolo Gonzalez and Nicodemo Gonzalez
5585 Believe Ct.
Las Vegas, NV  89139

**Joint Debtor**

Rosaura Gonzalez
4425 E Chicago Avenue
Las Vegas, NV  89104

☐  c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date):* 10-5-09

Christina Watkins
(NAME OF DECLARANT)

► _____
(SIGNATURE OF DECLARANT)